Case 8:23-cr-00072-MWF   Document 1   Filed 05/31/23   Page 1 of 2   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
05/31/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2023 Grand Jury

| UNITED STATES OF AMERICA, | No. 8:23-cr-00072-MWF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 471: Counterfeiting Obligations of the United States; 18 U.S.C. § 472: Possession of Counterfeit Obligations of the United States with Intent to Defraud] |
| RICHARD SALAZAR, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 471]

Beginning on a date unknown to the Grand Jury, and continuing through on or about April 28, 2023, in Orange County, within the Central District of California, defendant RICHARD SALAZAR, knowingly and with intent to defraud, falsely made, forged, counterfeited, and altered obligations and securities of the United States, namely, $100 Federal Reserve Notes.

COUNT TWO

[18 U.S.C. § 472]

On or about April 28, 2023, in Orange County, within the Central District of California, defendant RICHARD SALAZAR, acting with intent to defraud, possessed counterfeit obligations and securities of the United States, namely, approximately eleven counterfeit $100 Federal Reserve Notes, knowing that the notes were falsely made, forged, counterfeited, and altered.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office